973 A.2d 427

**ZAVALA, INC., Petitioner**

v.

**FIVE–R EXCAVATING, INC. and Western
Surety Company, Respondents.**

Supreme Court of Pennsylvania.

July 9, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 9th day of July, 2009, the Petition for
Allowance of Appeal is **GRANTED,** and the Order of the
Superior Court denying the motion for attorney fees and delay
damages is **VACATED,** and the matter is **REMANDED** for
the Superior Court to reconsider its decision in light of the
text of 62 Pa.C.S. § 3935(b), which permits "the prevailing
party in any proceeding to recover any payment under this
subchapter [to] be awarded a reasonable attorney fee . . . if it
is determined that the government agency, contractor or
subcontractor acted in bad faith. An amount shall be deemed
to have been withheld in bad faith to the extent that the
withholding was arbitrary or vexatious." *See also Pietrini
Corp. v. Agate Const. Co., Inc.,* 901 A.2d 1050, 1055 (Pa.Super.,

2006) (remanding after appeal for calculation of attorneys' fees and expenses under 62 Pa.C.S. § 3935(b)). If after remand the Superior Court again determines that counsel fees and expenses may not be awarded on this appeal, it shall explain its rationale.